IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.**, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>**SEIRUS INNOVATIVE ACCESSORIES, INC.**, a Utah corporation; et al.,<br><br>Defendants. | Case No. 3:19-cv-00137-MO<br><br>JUDGMENT AND ORDER OF TRANSFER |

**MOSMAN, J.**,

In light of my Order [ECF 299] GRANTING Seirus Defendants' Motion for Reconsideration [ECF 254], Defendants' Motion to Dismiss for Lack of Jurisdiction and Motion to Transfer [ECF 103] is GRANTED. This case is DISMISSED against the Seirus Defendants, and the remainder of the case is TRANSFERRED to the Southern District of California.

DATED this __14__ day of April, 2020.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

1 – JUDGMENT